CGF/eg USAO 2019R00158

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUN 19 A 11: 05

CLERK'S OFFICE
AT GREENBELT
BY ____

United States of America
v.

RANDOLPH STANLEY

*Defendant*

Case No.: GLS-21-1414

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RANDOLPH STANLEY

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349         Conspiracy to Commit Wire Fraud

Date: June 1, 2021 at 4:33 p.m.

*Issuing officer's signature*

City and state: Greenbelt, Maryland

Honorable Gina L. Simms, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/8/2021, and the person was arrested on *(date)* 6/8/2021
at *(city and state)* CLINTON, MARYLAND

Date: 6/9/2021

*Arresting officer's signature*

ANTHONY PERSAUD SPECIAL AGENT EOOIG
*Printed name and title*